UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6184-CAS(PLAx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | *BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.; ET AL. v. JINO O. CHA aka JIN CHA; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        (IN CHAMBERS)

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **May 15, 2009** why this action should not be dismissed for lack of prosecution **JINO O. CHA aka JIN CHA; OK SPORTSWEAR; EZ SPORTSWEAR; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; YTK GLOBAL, INC.; YOUNG T. KIM; CHANG OH KIM aka CHANG O. KIM; YORUBA HOUSE aka YORUBA HOUSE/RESURRECCION; CRUIZING LOW, INC.; T. STATION, INC. aka T. STATION; HSYS, INC.; YOUNG KWON; JOHN DAE BYON; CENTURY FASHION; CHEON CHANG CHANG; ORGULLO MEXICANO; JULIO AGUILAR; KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; LUIS CERVANTES; VANTUAN NGUYEN; ART AND FRAME OUTLET aka ARTFRAMEOUT; MY5TEE; HAHN NGUYEN; COACH MANIA aka COACH-MANIA; TRINA NGUYEN; H-G_ART aka HANHANDART; CALLEJON ALL STAR; WILLIAM OROZCO; HOT PUNK; ALEJANDRO GARCIA; JULIE SALGADO; PRAY4ALL; GOLD NEEDLE, INC.; and JESSE DOMINGUEZ.**

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendant OK SPORTSWEAR; EZ SPORTSWEAR; CHANG OH KIM aka CHANG O. KIM; YORUBA HOUSE aka YORUBA HOUSE/RESURRECCION; T. STATION, INC. aka T. STATION; HSYS, INC.; YOUNG KWON; JOHN**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6184-CAS(PLAx) | Date | May 1, 2009 |
|---|---|---|---|
| Title | *BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.; ET AL. v. JINO O. CHA aka JIN CHA; ET AL.* | | |

**DAE BYON; ORGULLO MEXICANO; JULIO AGUILAR; LUIS CERVANTES; VANTUAN NGUYEN; ART AND FRAME OUTLET aka ARTFRAMEOUT; MY5TEE; HAHN NGUYEN; COACH MANIA aka COACH-MANIA; TRINA NGUYEN; H-G_ART aka HANHANDART; HOT PUNK; ALEJANDRO GARCIA; JULIE SALGADO; and PRAY4ALL.**

**2)** Plaintiff's filing of a application for the clerk to enter default judgment on **defendants JINO O. CHA aka JIN CHA; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; YTK GLOBAL, INC.; YOUNG T. KIM; CRUIZING LOW, INC.; CENTURY FASHION; CHEON CHANG CHANG; KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; CALLEJON ALL STAR; WILLIAM OROZCO; GOLD NEEDLE, INC.; and JESSE DOMINGUEZ**, or plaintiff's filing of a motion for entry of default judgment on **defendants JINO O. CHA aka JIN CHA; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; YTK GLOBAL, INC.; YOUNG T. KIM; CRUIZING LOW, INC.; CENTURY FASHION; CHEON CHANG CHANG; KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; CALLEJON ALL STAR; WILLIAM OROZCO; GOLD NEEDLE, INC.; and JESSE DOMINGUEZ.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

00 : 00

Initials of Preparer      CMJ