UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6184-CAS(PLAx) | | Date | June 12, 2009 |
|---|---|---|---|---|
| Title | *BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.; ET AL.* v. *JINO O. CHA aka JIN CHA; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS):
1)    **DISMISSAL BY COURT; and**
2)    **ORDER TO SHOW CAUSE.**

The Court is in receipt of Plaintiffs' Response to Order to Show Cause filed May 26, 2009. The Court hereby **VACATES** the Order to Show Cause issued May 11, 2009 **as to defendants YORUBA HOUSE aka YORUBA HOUSE/RESURRECCION; ART AND FRAME OUTLET aka ARTFRAMEOUT; MY5TEE; COACH MANIA aka COACH-MANIA; and H-G_ART aka HANHANDART, only.** Furthermore, plaintiffs having complied with this Court's previous Order to Show Cause, the Court also **VACATES** the Order to Show Cause issued May 11, 2009 **as to defendants CENTURY FASHION; CHEON CHANG CHANG; CALLEJON ALL STAR; WILLIAM OROZCO; and JESSE DOMINGUEZ, only.**

WHEREAS, on May 11, 2009, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants CRUIZING LOW, INC.; KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; and GOLD NEEDLE, INC., only**;

A response to the Order to Show Cause was to be filed and served no later than May 26, 2009. As of today's date, no such response has been received by this Court **as to defendants CRUIZING LOW, INC.; KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; and GOLD NEEDLE, INC., only**;

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE as to defendants CRUIZING LOW, INC.;**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6184-CAS(PLAx) | Date | June 12, 2009 |
|---|---|---|---|
| Title | *BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.; ET AL. v. JINO O. CHA aka JIN CHA; ET AL.* | | |

**KIMBERLY SPORTSWEAR aka KIMBERLY'S SPORTSWEAR; ANDRES MORALES; and GOLD NEEDLE, INC., only,** for plaintiff's failure to comply with the Local Rules, Federal Rules of Civil Procedure, and orders of this Court.

Upon the Court's review of Plaintiffs' Response to Order to Show Cause, Plaintiffs indicate that they will be filing a Notice of Dismissal **as to defendants T. STATION, INC. aka T. STATION; HSYS, INC.; YOUNG KWON; JOHN DAE BYON; LUIS CERVANTES; HOT PUNK; ALEJANDRO GARCIA; JULIE SALGADO; PRAY4ALL; and YTK GLOBAL, INC, only.** As of today's date, no such dismissal has been received by this Court.

Based on plaintiffs' representation, the above-entitled action is also dismissed **WITHOUT PREJUDICE as to defendants T. STATION, INC. aka T. STATION; HSYS, INC.; YOUNG KWON; JOHN DAE BYON; LUIS CERVANTES; HOT PUNK; ALEJANDRO GARCIA; JULIE SALGADO; PRAY4ALL; and YTK GLOBAL, INC, only**

The Court extends plaintiffs' response to the order to show cause as to the following defendants:

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 29, 2009** why this action should not be dismissed for lack of prosecution **as to defendants ORGULLO MEXICANO; JULIO AGUILAR; VANTUAN NGUYEN; HAHN NGUYEN; and TRINA NGUYEN, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiffs are advised that the Court will consider the following:

1) Plaintiffs' filing of an application for the clerk to enter default judgment on **defendants ORGULLO MEXICANO; JULIO AGUILAR; VANTUAN NGUYEN; HAHN NGUYEN; and TRINA NGUYEN, only**, or plaintiffs' filing of a motion for entry of default judgment on **defendants ORGULLO**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-6184-CAS(PLAx) | | Date | June 12, 2009 |
|---|---|---|---|---|
| Title | *BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.; ET AL. v. JINO O. CHA aka JIN CHA; ET AL.* | | | |

**MEXICANO; JULIO AGUILAR; VANTUAN NGUYEN; HAHN NGUYEN; and TRINA NGUYEN, only.**

Furthermore, based on plaintiffs' representations, if settlement is not reached with the following defendants, the Court's extension of this Order to Show Cause shall apply to the following defendants and **PLAINTIFFS** shall show cause in writing not later than **June 29, 2009** why this action should not be dismissed for lack of prosecution **as to defendants JINO O. CHA aka JIN CHA; OK SPORTSWEAR; EZ SPORTSWEAR; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; YOUNG T. KIM; and CHANG OH KIM aka CHANG O. KIM, only**.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiffs are advised that the Court will consider the following:

**1)** A proof of service of summons and complaint on **defendants OK SPORTSWEAR; EZ SPORTSWEAR; and CHANG OH KIM aka CHANG O. KIM**; and

**2)** Plaintiffs' filing of an application for the clerk to enter default judgment on **defendants JINO O. CHA aka JIN CHA; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; and YOUNG T. KIM, only**, or plaintiffs' filing of a motion for entry of default judgment on **defendants JINO O. CHA aka JIN CHA; NOAH SPORSTWEAR, INC.; J.O. GLOBAL, INC.; and YOUNG T. KIM, only.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |