| | |
|---|---|
| 1 | KENNETH A. FEINSWOG |
| 2 | Bar No. 129562 |
|   | 6701 Center Drive West, Suite 610 |
| 3 | Los Angeles, California 90045 |
| 4 | (310) 846-5800 |
| 5 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

---------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC. and
BRAVADO INTERNATIONAL GROUP,
LIMITED

                      Plaintiffs,

     -against-

JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
J.O. GLOBAL, INC., YTK GLOBAL, INC.,
YOUNG T. KIM, CHANG OH KIM a/k/a
CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
MARCO PRADO a/k/a MARCO BRADO a/k/a
MARCO A. PRADO, CRUIZIN LOW, INC.,
T. STATION INC. a/k/a T STATION, HSYS, INC.,
YOUNG KWON, JOHN DAE BYON, CENTURY
FASHION, CHEON CHANG CHANG, ORGULLO
MEXICANO, JULIO AGUILAR, KIMBERLY
SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,

CIVIL ACTION NO.
CV08-06184 CAS (PLAx)

**PARTIAL**
**FINAL JUDGMENT AND**
**PERMANENT INJUNCTION**
**AGAINST JIN O. CHA**
**a/k/a JIN CHA, OK**
**SPORTSWEAR, EZ**
**SPORTSWEAR, NOAH**
**SPORTSWEAR, INC. AND**
<u>**J.O. GLOBAL, INC.**</u>

1

ANDRES MORALES, LUIS CERVANTES, VANTUAN NGUYEN, ART AND FRAME OUTLET a/k/a ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH MANIA a/k/a COACH-MANIA, TRINA NGUYEN, H-G_ART a/k/a HANHANDART, CALLEJON ALL STAR, WILLIAM OROZCO, HOT PUNK, JESSE DOMINGUEZ and ALEJANDRO GARCIA, JULIE SALGADO and PRAY4ALL

                     Defendants.
--------------------------------------------------------X

Plaintiffs and Defendants Jin O. Cha a/k/a Jin Cha, OK Sportswear, EZ Sportswear, Noah Sportswear, Inc. and J.O. Global, Inc. having stipulated to the entry of a judgment and permanent injunction:

IT IS HEREBY ORDERED THAT:

1. A judgment in the amount of $70,000.00 is hereby entered jointly and severally against Jino O. Cha a/k/a Jin Cha, OK Sportswear, EZ Sportswear, Noah Sportswear, Inc. and J.O. Global, Inc for willful trademark and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Jin O. Cha a/k/a Jin Cha, OK Sportswear, EZ Sportswear, Noah Sportswear, Inc. and J.O. Global, Inc. from selling, manufacturing and/or

1  distributing any merchandise bearing the names, trademarks and/or likenesses of

2  Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns

3

4  N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers,

5  Motorhead, Lamb of God and Depeche Mode.

6

7

8

9  Dated: June 22, 2009

10                                                    THE HONORABLE CHRISTINA A. SNYDER

11

12  Presented by:

13

14
    s/ Kenneth A. Feinswog
15  Kenneth A. Feinswog
    Attorney for Plaintiffs
16

17

18

19

20

21

22

23

24

25

26

27

28