1  KENNETH A. FEINSWOG
2  Bar No. 129562
3  6701 Center Drive West, Suite 610
   Los Angeles, California 90045
4  (310) 846-5800

5  Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT
8                      FOR THE CENTRAL DISTRICT
9                          OF CALIFORNIA

10 --------------------------------------------------------X   CIVIL ACTION NO.
11 BRAVADO INTERNATIONAL GROUP                                  CV08-06184 CAS (PLAx)
   MERCHANDISING SERVICES, INC. and
12 BRAVADO INTERNATIONAL GROUP,                                 **PARTIAL**
13 LIMITED                                                      **FINAL JUDGMENT AND**
                                                                **PERMANENT INJUNCTION**
14                          Plaintiffs,                         **AGAINST CENTURY**
15                                                              **FASHION AND CHEON**
                                                                **<u>CHANG CHANG</u>**
16

17         -against-

18

19 JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
20 EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
21 J.O. GLOBAL, INC., YTK GLOBAL, INC.,
   YOUNG T. KIM, CHANG OH KIM a/k/a
22 CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
23 HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
   MARCO PRADO a/k/a MARCO BRADO a/k/a
24 MARCO A. PRADO, CRUIZIN LOW, INC.,
25 T. STATION INC. a/k/a T STATION, HSYS, INC.,
   YOUNG KWON, JOHN DAE BYON, CENTURY
26 FASHION, CHEON CHANG CHANG, ORGULLO
27 MEXICANO, JULIO AGUILAR, KIMBERLY
28 SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,

1

| | |
|---|---|
| 1 | ANDRES MORALES, LUIS CERVANTES, VANTUAN NGUYEN, ART AND FRAME OUTLET a/k/a ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH MANIA a/k/a COACH-MANIA, TRINA NGUYEN, H-G_ART a/k/a HANHANDART, CALLEJON ALL STAR, WILLIAM OROZCO, HOT PUNK, JESSE DOMINGUEZ and ALEJANDRO GARCIA, JULIE SALGADO and PRAY4ALL |

Defendants.
--------------------------------------------------------X

Plaintiffs and Defendants Century Fashion and Cheon Chang Chang having stipulated to the entry of a permanent injunction:

IT IS HEREBY ORDERED THAT:

1. A permanent injunction is hereby entered permanently enjoining defendants Century Fashion and Cheon Chang Chang from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers, Motorhead, Lamb of God and Depeche Mode.

July 10, 2009

_____
THE HONORABLE CHRISTINA A. SNYDER

Presented by:
s/ Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiffs