1  KENNETH A. FEINSWOG
2  Bar No. 129562
   6701 Center Drive West, Suite 610
3  Los Angeles, California 90045
4  (310) 846-5800

5  Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT
8                     FOR THE CENTRAL DISTRICT
9                          OF CALIFORNIA

10  -------------------------------------------------------X     **CIVIL ACTION NO.**
11  BRAVADO INTERNATIONAL GROUP                                  **CV08-06184 CAS (PLAx)**
    MERCHANDISING SERVICES, INC. and
12  BRAVADO INTERNATIONAL GROUP,
13  LIMITED                                                      **PARTIAL**
                                                                 **JUDGMENT AND**
14                                                               **PERMANENT INJUNCTION**
15                              Plaintiffs,
                                                                  Date:  July 13, 2009
16                                                                Time:  10:00 A.M.
               -against-                                          Ctrm:  5
17
18
19  JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
    EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
20  J.O. GLOBAL, INC., YTK GLOBAL, INC.,
    YOUNG T. KIM, CHANG OH KIM a/k/a
21  CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
22  HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
    MARCO PRADO a/k/a MARCO BRADO a/k/a
23  MARCO A. PRADO, CRUIZIN LOW, INC.,
24  T. STATION INC. a/k/a T STATION, HSYS, INC.,
    YOUNG KWON, JOHN DAE BYON, CENTURY
25  FASHION, CHEON CHANG CHANG, ORGULLO
26  MEXICANO, JULIO AGUILAR, KIMBERLY
    SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,
27  ANDRES MORALES, LUIS CERVANTES, VANTUAN
28

                                    1

1  NGUYEN, ART AND FRAME OUTLET a/k/a
2  ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH
   MANIA a/k/a COACH-MANIA, TRINA NGUYEN,
3  H-G_ART a/k/a HANHANDART, CALLEJON ALL
4  STAR, WILLIAM OROZCO, HOT PUNK, JESSE
   DOMINGUEZ and ALEJANDRO GARCIA, JULIE
5  SALGADO and PRAY4ALL

6
7                          Defendants.
   -------------------------------------------------------X
8

9
10         Plaintiffs having filed a motion for default judgment and the Court having

11  found in favor of plaintiffs and that defendant Jesse Dominguez acted willfully in

12  his acts of trademark infringement and violations of California Civil Code Section

13
14  3344.

15

16
17         IT IS HEREBY ORDERED that:

18

19
20         1.     Judgment is entered against defendant Jesse Dominguez in the amount

21  of $3,500.00 consisting of statutory damages of $3,000.00 for statutory damages

22  pursuant to California Civil Code Section 3344 plus attorney's fees of $500.00

23
24  pursuant to Local Rule 55-3.

25

26
27         2.     Jesse Dominguez is permanently enjoined from selling, manufacturing

28  and/or distributing any merchandise bearing the names, trademarks and/or

                                          2

1  likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot,

2
   Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili
3

4  Peppers, Motorhead, Lamb of God and Depeche Mode.

5

6

7  July 13, 2009                          _____

8                                         THE HONORABLE CHRISTINA A. SNYDER

9

10 Presented by:

11

12 s/ Kenneth A. Feinswog

13 Kenneth A. Feinswog
   Attorney for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3