1  KENNETH A. FEINSWOG
2  Bar No. 129562
   6701 Center Drive West, Suite 610
3  Los Angeles, California 90045
4  (310) 846-5800
5  Attorney for Plaintiffs
6
7
8              UNITED STATES DISTRICT COURT
                FOR THE CENTRAL DISTRICT
9                    OF CALIFORNIA

10  ------------------------------------------------------X
11  BRAVADO INTERNATIONAL GROUP          CIVIL ACTION NO.
    MERCHANDISING SERVICES, INC. and     CV08-06184 CAS (PLAx)
12  BRAVADO INTERNATIONAL GROUP,
13  LIMITED                              **PARTIAL
                                         JUDGMENT AND
14                                       <u>PERMANENT INJUNCTION</u>**
15              Plaintiffs,
                                         Date:  July 13, 2009
16       -against-                       Time:  10:00 A.M.
17                                       Ctrm:  5
18
19  JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
    EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
20  J.O. GLOBAL, INC., YTK GLOBAL, INC.,
21  YOUNG T. KIM, CHANG OH KIM a/k/a
    CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
22  HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
23  MARCO PRADO a/k/a MARCO BRADO a/k/a
    MARCO A. PRADO, CRUIZIN LOW, INC.,
24  T. STATION INC. a/k/a T STATION, HSYS, INC.,
25  YOUNG KWON, JOHN DAE BYON, CENTURY
    FASHION, CHEON CHANG CHANG, ORGULLO
26  MEXICANO, JULIO AGUILAR, KIMBERLY
27  SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,
    ANDRES MORALES, LUIS CERVANTES, VANTUAN
28

1

1  NGUYEN, ART AND FRAME OUTLET a/k/a
2  ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH
   MANIA a/k/a COACH-MANIA, TRINA NGUYEN,
3  H-G_ART a/k/a HANHANDART, CALLEJON ALL
4  STAR, WILLIAM OROZCO, HOT PUNK, JESSE
   DOMINGUEZ and ALEJANDRO GARCIA, JULIE
5  SALGADO and PRAY4ALL

                    Defendants.
-------------------------------------------------------X

Plaintiffs having filed a motion for default judgment and the Court having found in favor of plaintiffs and that defendants Callejon All Star and William Orozco acted willfully in their acts of trademark infringement and violations of California Civil Code Section 3344.

IT IS HEREBY ORDERED that:

1. Judgment is entered against defendants Callejon All Star and William Orozco in the amount of $201,990.00 consisting of statutory damages of $19,500.00 pursuant to California Civil Code Section 3344 and statutory damages of $175,000.00 pursuant to 15 U.S.C. 1117(c) for the unauthorized use of the Metallica trademark plus attorney's fees of $7,490.00 pursuant to Local Rule 55-3.

2. Callejon All Star and William Orozco are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers, Motorhead, Lamb of God and Depeche Mode.

July 13, 2009

_____
THE HONORABLE CHRISTINA A. SNYDER

Presented by:

s/ Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiffs