1 KENNETH A. FEINSWOG
2 Bar No. 129562
6701 Center Drive West, Suite 610
3 Los Angeles, California 90045
4 (310) 846-5800

5 Attorney for Plaintiffs

6

7
UNITED STATES DISTRICT COURT
8 FOR THE CENTRAL DISTRICT
OF CALIFORNIA
9

10 ------------------------------------------------------X   **CIVIL ACTION NO.**
11 BRAVADO INTERNATIONAL GROUP          **CV08-06184 CAS (PLAx)**
MERCHANDISING SERVICES, INC. and
12 BRAVADO INTERNATIONAL GROUP,
13 LIMITED                                              **PARTIAL**
                                                       **JUDGMENT AND**
14                                                     **<u>PERMANENT INJUNCTION</u>**
15             Plaintiffs,
16                                                     Date:  August 3, 2009
         -against-                                     Time:  10:00 A.M.
17                                                     Ctrm:  5
18
19 JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
   EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
20 J.O. GLOBAL, INC., YTK GLOBAL, INC.,
21 YOUNG T. KIM, CHANG OH KIM a/k/a
   CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
22 HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
23 MARCO PRADO a/k/a MARCO BRADO a/k/a
   MARCO A. PRADO, CRUIZIN LOW, INC.,
24 T. STATION INC. a/k/a T STATION, HSYS, INC.,
25 YOUNG KWON, JOHN DAE BYON, CENTURY
   FASHION, CHEON CHANG CHANG, ORGULLO
26 MEXICANO, JULIO AGUILAR, KIMBERLY
27 SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,
   ANDRES MORALES, LUIS CERVANTES, VANTUAN
28

1  NGUYEN, ART AND FRAME OUTLET a/k/a
2  ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH
   MANIA a/k/a COACH-MANIA, TRINA NGUYEN,
3  H-G_ART a/k/a HANHANDART, CALLEJON ALL
4  STAR, WILLIAM OROZCO, HOT PUNK, JESSE
   DOMINGUEZ and ALEJANDRO GARCIA, JULIE
5  SALGADO and PRAY4ALL

                         Defendants.
-------------------------------------------------------X

Plaintiffs having filed a motion for default judgment and the Court having found in favor of plaintiffs and that defendants Orgullo Mexicano and Julio Aguilar acted willfully in their acts of trademark infringement and violations of California Civil Code Section 3344.

IT IS HEREBY ORDERED that:

1.   Judgment is entered against defendants Orgullo Mexicano and Julio Aguilar in the amount of $317,250.00 consisting of statutory damages of $7,500.00 pursuant to California Civil Code Section 3344 and statutory damages of $300,000.00 pursuant to 15 U.S.C. 1117(c) for the unauthorized use of the Metallica, Iron Maiden, Korn, Slayer, Slipknot and Guns N Roses trademarks plus attorney's fees of $9,750.00 pursuant to Local Rule 55-3.

2. Orgullo Mexicano and Julio Aguilar are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers, Motorhead, Lamb of God and Depeche Mode.

Date: August 3, 2009

_____
THE HONORABLE CHRISTINA A. SNYDER

Presented by:

s/ Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiffs