1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  6701 Center Drive West, Suite 610
4  Los Angeles, California 90045
   Telephone: (310) 846-5800
5  Fax: 310-846-5801
6
7  Attorney for Plaintiffs

8  **UNITED STATES DISTRICT COURT**
9  **FOR THE CENTRAL DISTRICT**
   **OF CALIFORNIA**
10

11 ------------------------------------------------------X   CIVIL ACTION NO.
   BRAVADO INTERNATIONAL GROUP                              CV08-06184 CAS (PLAx)
12 MERCHANDISING SERVICES, INC. and
13 BRAVADO INTERNATIONAL GROUP,                              **PARTIAL**
   LIMITED                                                  **FINAL JUDGMENT AND**
14                                                          **PERMANENT INJUNCTION**
15                  Plaintiffs,                             **AGAINST MARCO PRADO**
                                                            **a/k/a MARCO BRADO**
16                                                          **a/k/a  MARCO A. PRADO**
17          -against-                                       **AND YORUBA HOUSE a/k/a**
                                                            **YORUBA HOUSE/**
18                                                          **RESURRECCION**
19
20 JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
   EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
21 J.O. GLOBAL, INC., YTK GLOBAL, INC.,
22 YOUNG T. KIM, CHANG OH KIM a/k/a
   CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
23 HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
24 MARCO PRADO a/k/a MARCO BRADO a/k/a
25 MARCO A. PRADO, CRUIZIN LOW, INC.,
   T. STATION INC. a/k/a T STATION, HSYS, INC.,
26 YOUNG KWON, JOHN DAE BYON, CENTURY
27 FASHION, CHEON CHANG CHANG, ORGULLO
   MEXICANO, JULIO AGUILAR, KIMBERLY
28

1

| | |
|---|---|
| 1 | SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR, ANDRES MORALES, LUIS CERVANTES, VANTUAN NGUYEN, ART AND FRAME OUTLET a/k/a ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH MANIA a/k/a COACH-MANIA, TRINA NGUYEN, H-G_ART a/k/a HANHANDART, CALLEJON ALL STAR, WILLIAM OROZCO, HOT PUNK, JESSE DOMINGUEZ and ALEJANDRO GARCIA, JULIE SALGADO and PRAY4ALL |

                                    Defendants.
--------------------------------------------------------X

Plaintiffs and Defendants Marco Prado a/k/a Marco Brado a/k/a Marco A. Prado and Yoruba House a/k/a Yoruba House/Resurreccion, having stipulated to the entry of a judgment and permanent injunction:

IT IS HEREBY ORDERED THAT:

1. A judgment in the amount of $30,000.00 is hereby entered jointly and severally against Marco Prado a/k/a Marco Brado a/k/a Marco A. Prado and Yoruba House a/k/a Yoruba House/Resurreccion for willful trademark and right of publicity infringement.

2. A permanent injunction is hereby entered permanently enjoining defendants Marco Prado a/k/a Marco Brado a/k/a Marco A. Prado and Yoruba House a/k/a Yoruba House/Resurreccion from selling, manufacturing and/or

distributing any merchandise bearing the names, trademarks and/or likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers, Motorhead, Lamb of God and Depeche Mode.

October 14, 2009

_____
THE HONORABLE CHRISTINA A. SNYDER

Presented by:

s/ Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiffs