KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Fax: (310) 846-5801
Email: kfeinswog@aol.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT,

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC. and BRAVADO INTERNATIONAL GROUP LIMITED,<br><br>          Plaintiffs,<br><br>  v.<br><br>JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR, EZ SPORTSWEAR, NOAH SPORTSWEAR, INC., J.O. GLOBAL, INC., YTK GLOBAL, INC., YOUNG T. KIM, CHANG OH KIM a/k/a CHANG O. KIM, GOLD NEEDLE, INC., YORUBA HOUSE a/k/a YORUBA HOUSE/RESURRECCION, MARCO PRADO a/k/a MARCO BRADO a/k/a MARCO A. PRADO, CRUIZIN LOW, INC., T. STATION INC. a/k/a T STATION, HSYS, INC., YOUNG KWON, JOHN DAE BYON, CENTURY FASHION, CHEON CHANG CHANG, ORGULLO MEXICANO, JULIO AGUILAR, KIMBERLY SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR, ANDRES MORALES, LUIS CERVANTES, VANTUAN | **CASE NO.**<br>**CV 08-06184 CAS (PLAx)**<br><br>**RENEWAL OF JUDGMENT**<br><u>**BY CLERK**</u> |

| | |
|---|---|
| 1 | NGUYEN, ART AND FRAME OUTLET a/k/a ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH MANIA a/k/a COACH-MANIA, TRINA NGUYEN, H-GART a/k/a HANHANDART, CALLEJON ALL STAR, WILLIAM OROZCO, HOT PUNK, JESSE DOMINGUEZ and ALEJANDRO GARCIA, JULIE SALGADO and PRAY4ALL |
| | Defendants. |

Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing, therefore:

The judgment to and against Defendants Orgullo Mexicano and Julio Aguilar entered on August 3, 2009 (a copy of which is attached) is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

| | | |
|---|---|---:|
| a. | Total judgment | $ 317,250.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorneys' fees | 0.00 |
| d. | Subtotal | $ 317,250.00 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal | $ 317,250.00 |
| g. | Interest after judgment | 0.00 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$ 317,250.00** |

DATED: JULY 22, 2019

_____ Deputy Clerk
Clerk , U.S. District Court

```
 1  KENNETH A. FEINSWOG
    Bar No. 129562
 2  6701 Center Drive West, Suite 610
 3  Los Angeles, California 90045
 4  (310) 846-5800
 5
    Attorney for Plaintiffs
 6
 7
                   UNITED STATES DISTRICT COURT
 8                    FOR THE CENTRAL DISTRICT
                           OF CALIFORNIA
 9
10  ------------------------------------------------------X     CIVIL ACTION NO.
11  BRAVADO INTERNATIONAL GROUP                                 CV08-06184 CAS (PLAx)
    MERCHANDISING SERVICES, INC. and
12  BRAVADO INTERNATIONAL GROUP,
13  LIMITED                                                     **PARTIAL
                                                                JUDGMENT AND
14                                                              PERMANENT INJUNCTION**
15                           Plaintiffs,
                                                                 Date:   August 3, 2009
16                                                               Time:   10:00 A.M.
                         -against-                               Ctrm:   5
17
18
    JIN O. CHA a/k/a JIN CHA, OK SPORTSWEAR,
19  EZ SPORTSWEAR, NOAH SPORTSWEAR, INC.,
20  J.O. GLOBAL, INC., YTK GLOBAL, INC.,
    YOUNG T. KIM, CHANG OH KIM a/k/a
21  CHANG O. KIM, GOLD NEEDLE, INC., YORUBA
22  HOUSE a/k/a YORUBA HOUSE/RESURRECCION,
    MARCO PRADO a/k/a MARCO BRADO a/k/a
23  MARCO A. PRADO, CRUIZIN LOW, INC.,
24  T. STATION INC. a/k/a T STATION, HSYS, INC.,
25  YOUNG KWON, JOHN DAE BYON, CENTURY
    FASHION, CHEON CHANG CHANG, ORGULLO
26  MEXICANO, JULIO AGUILAR, KIMBERLY
27  SPORTSWEAR a/k/a KIMBERLY'S SPORTSWEAR,
    ANDRES MORALES, LUIS CERVANTES, VANTUAN
28
```

1

| | |
|---|---|
| 1 | NGUYEN, ART AND FRAME OUTLET a/k/a |
| 2 | ARTFRAMEOUT, MY5TEE, HANH NGUYEN, COACH |
| | MANIA a/k/a COACH-MANIA, TRINA NGUYEN, |
| 3 | H-G_ART a/k/a HANHANDART, CALLEJON ALL |
| 4 | STAR, WILLIAM OROZCO, HOT PUNK, JESSE |
| | DOMINGUEZ and ALEJANDRO GARCIA, JULIE |
| 5 | SALGADO and PRAY4ALL |

                                        Defendants.
-------------------------------------------------------X

Plaintiffs having filed a motion for default judgment and the Court having found in favor of plaintiffs and that defendants Orgullo Mexicano and Julio Aguilar acted willfully in their acts of trademark infringement and violations of California Civil Code Section 3344.

IT IS HEREBY ORDERED that:

1.    Judgment is entered against defendants Orgullo Mexicano and Julio Aguilar in the amount of $317,250.00 consisting of statutory damages of $7,500.00 pursuant to California Civil Code Section 3344 and statutory damages of $300,000.00 pursuant to 15 U.S.C. 1117(c) for the unauthorized use of the Metallica, Iron Maiden, Korn, Slayer, Slipknot and Guns N Roses trademarks plus attorney's fees of $9,750.00 pursuant to Local Rule 55-3.

2. Orgullo Mexicano and Julio Aguilar are permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of Avenged Sevenfold, Black Label Society, Metallica, Slayer, Slipknot, Korn, Guns N Roses, Led Zeppelin, The Clash, Iron Maiden, Red Hot Chili Peppers, Motorhead, Lamb of God and Depeche Mode.

Date: August 3, 2009

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER

Presented by:

s/ Kenneth A. Feinswog
Kenneth A. Feinswog
Attorney for Plaintiffs